

NUMBER 13-06-00623-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

BFI WASTE SERVICES OF TEXAS, L.P.
AND WASTE MANAGEMENT OF TEXAS, INC.,                  **Appellants**,

**v.**

CAMERON COUNTY AND RED RIVER SERVICE,                  **Appellees.**

---

On appeal from the 107th District Court of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Yañez, Benavides, and Vela
### Memorandum Opinion Per Curiam

Appellant, BFI Waste Services of Texas, L.P. ("BFI"), has filed an unopposed motion to dismiss its appeal. According to this motion, BFI has reached a settlement with appellees and, accordingly, asks that its appeal be dismissed. Waste Management of Texas, Inc. ("Waste Management") also has appealed from the judgment below. BFI asserts that Waste Management's appeal will not be affected by the requested dismissal

of BFI's appeal, and Waste Management's appeal should remain pending before the Court.  More than ten days have elapsed since BFI filed its motion to dismiss, and no response has been filed by any other party to this appeal.

Texas Rule of Appellate Procedure 42.1 allows this Court to dismiss an appeal unless disposition would prevent a party from seeking relief to which it would otherwise be entitled.  *See* TEX. R. APP. P. 42.1(a)(1).  In addition, Rule 42.1 expressly allows for a severance on appeal to dispose of a severable portion of the proceeding if a severance will not prejudice the remaining parties. *See id.* 42.1(b).

The Court, having considered the documents on file and BFI's motion to dismiss the appeal, is of the opinion that the motion should be granted.  *See id.* 42.1(a).  Waste Management's appeal is ordered SEVERED and will be docketed in this Court under cause number 13-08-119-CV,  and will proceed in due course.

BFI's motion to dismiss its appeal against appellees is hereby granted and its appeal is DISMISSED.  Costs are taxed against appellant.  *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").


PER CURIAM

Memorandum Opinion delivered and
filed this the 3rd day of April, 2008.